**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT OFFICE**

| | | |
|---|---|---|
| **JESSICA KARNES,** | ) | |
| **On behalf of herself and all others** | ) | |
| **similarly situated,** | ) | **2:16-cv-13849-SFC-RSW** |
| | ) | |
| **Plaintiff,** | ) | **Judge Cox** |
| | ) | **Magistrate Judge Whalen** |
| **v.** | ) | |
| | ) | |
| **UNIVERSITY ACCOUNTING SERVICE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, JESSICA KARNES, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter.  Plaintiff further states as follows:

1.    The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2.    Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3.    The parties specifically request that the Scheduling Conference scheduled for January 17, 2017, be stricken.

4.    Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 30 days.

5.      In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that she be granted 45 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

Respectfully submitted,
**JESSICA KARNES**

By: ___ s/ David M. Marco_____
Attorney for Plaintiff

Dated: January 16, 2017

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:      (312) 546-6539
Facsimile:      (888) 418-1277
E-Mail:         dmarco@smithmarco.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE**

| | | |
|---|---|---|
| **JESSICA KARNES,** | ) | |
| **On behalf of herself and all others** | ) | |
| **similarly situated,** | ) | **2:16-cv-13849-SFC-RSW** |
| | ) | |
| **Plaintiff,** | ) | **Judge Cox** |
| | ) | **Magistrate Judge Whalen** |
| **v.** | ) | |
| | ) | |
| **UNIVERSITY ACCOUNTING SERVICE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

**To:**  Robert Glenn Knirsch
Sessions, Fishman, Nathan & Israel, L.L.C.
2647 Eaton Road, University
University Heights, OH 44118

I, David M. Marco, an attorney, certify that on **January 16, 2017**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Facsimile |
| _____ | Messenger Delivery | _____ | Email |
| _____ | Federal Express/UPS | __X__ | ECF |

By: ___ s/ David M. Marco _____
Attorney for Plaintiff

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:    dmarco@smithmarco.com